**IT IS ORDERED as set forth below:**

**Date: April 10, 2020**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHARONEE NICOLE PARKER | : | CASE NUMBER A16-56811-JWC |
| DEBTOR | : | |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS

On April 7, 2020 at 1:45 p.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtor's failure to make Chapter 13 plan payments thus causing a delinquency in said plan. It further appears to the Court that the Debtor through counsel agreed to a payment arrangement on a strict compliance basis. For cause shown, **IT IS HEREBY**

**ORDERED** that the Debtor shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed. Debtor shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should Debtor fail to make any payment due pursuant to the Plan on a timely basis for twelve (12) months following entry of this Order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve this Order on all parties included on the attached distribution list.

### END OF DOCUMENT

PREPARED BY:                                              CONSENTED BY:

____/s/_____                  ___/s/_____
Julie M. Anania,                                          Shawn Eisenberg,
Attorney for Chapter 13 Trustee              Attorney for the Debtor
GA Bar No. 477064                                    GA Bar No. 128077
303 Peachtree Center Ave., NE              Suite 2100
Suite 120                                                    3350 Riverwood Parkway
Atlanta, GA  30303                                    Atlanta, GA 30339
(678) 992-1201                                           *Signed by Julie M. Anania*
                                                                    *with express permission*

## **DISTRIBUTION LIST**

Case Number **A16-56811-JWC**

Sharonee Nicole Parker
8560 Oakley Circle
Union City, GA 30291

Slipakoff & Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303